

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Angela Annette Riccobene,                    * From the 441st District Court
                                               of Midland County,
                                               Trial Court No. CR55867.

Vs. No. 11-25-00022-CR                       * March 13, 2025

The State of Texas,                          * Memorandum Opinion by Bailey, C.J.
                                               (Panel consists of: Bailey, C.J.,
                                               Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.